No. _____

**CT-09  0101 ~ JW  PVT**



SEALED BY ORDER
OF THE COURT

Filed

OCT 2 1 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### *SAN JOSE DIVISION*

## THE UNITED STATES OF AMERICA

### *vs.*

### ROOSEVELT ANDERSON, JR

# INDICTMENT

**COUNT ONE:** Title 17, United States Code, Sections 506(a)(1)(A) and (B) and Title 18 United States Code, Section 2319(b)(1)– Criminal Copyright Infringement

**COUNT TWO:** Title 18, United States Code, Section 1341- Mail Fraud;  Title 18, United States Code, Sections 981(a)(1)(C) and Title 28, United States Code, Section 2461(c) - Criminal Forfeiture of Mail Fraud Proceeds

*A true bill.*  _____

*Foreperson*

*Filed in open court this* **21** *day of* **October**

*A.D. 2009*

_____

*Magistrate Judge*

**Bail. $** *no bail bench warrant P 7 1*

DOCUMENT NO.  CSA's INITIALS

DISTRICT COURT
CRIMINAL CASE PROCESSING

SEALED BY ORDER OF THE COURT

Filed

OCT 21 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-09 01015 PVT JW |
| Plaintiff, | ) |
| v. | ) VIOLATIONS:  17 U.S.C. §§ 506(a)(1)(A) and (B) and 18 U.S.C. § 2319(b)(1) - Criminal Copyright Infringement; 18 U.S.C. § 1341 - Mail Fraud; 18 U.S.C. § 981(a)(1)(c) & 28 U.S.C. § 2461(c) - Criminal Forfeiture of Mail Fraud Proceeds |
| ROOSEVELT ANDERSON, JR, | ) |
| Defendant. | ) |
| | ) SAN JOSE VENUE |

## INDICTMENT

The Grand Jury charges:

### INTRODUCTORY ALLEGATIONS

At all times relevant to this indictment:

1.      Defendant Roosevelt Anderson ("the defendant") was an individual who advertised Adobe software for sale on the Internet website "PriceGrabber.com" under the seller identification of "moneyworld123."  He received payments from the sales of the software from an on-line payment processing service provided by Google, known as Google Checkout.

2.      The defendant also operated a business over the Internet under the domain name "Anderson9000.com" in which he sold what he claimed to be "fully upgradeable" Adobe software.  The defendant accepted payment for merchandise through his website by credit card, certified check or money order.

**INDICTMENT**

3.      Adobe Systems Incorporated (Adobe) was a computer software company headquartered in San Jose, California. Adobe created and offered for sale a variety of software products, including Adobe Photoshop CS3 and Adobe Fireworks CS4, and registered such products for trademark and copyright protection with the United States Patent and Trademark Office.

4.      The defendant was not an authorized manufacturer, dealer, reseller or distributor of Adobe technology, including desktop and server software.

THE SCHEME AND ARTIFICE TO DEFRAUD

5.      It was part of the scheme and artifice to defraud that the defendant advertised for sale on the Internet website "PriceGrabber.com," under the identity of "moneyworld123," new and genuine copies of Adobe software, when in truth and fact, as the defendant well knew, these copies were counterfeit.

6.      It was part of the scheme and artifice to defraud that the defendant established an account at Google Checkout in order to receive payments from his sale of counterfeit Adobe products from PriceGrabber.com. In order to give the appearance of legitimacy, the defendant registered with Google as Alex Anderson with Photostar Productions, located at 2375 E. Tropicana Avenue, Suite 8, Las Vegas, Nevada. This location is a commercial mail facility called Pony Express Mail Box Services.

7.      It was further part of the scheme and artifice to defraud that Anderson created the Internet website "Anderson9000.com" to advertise for sale Adobe computer software all the while knowing that such representations were false and fraudulent because the copies he was selling were counterfeit. The Anderson9000.com site states that the Adobe software listed was: "Full complete software versions. Not upgrades/Not educational or trial software. Fully Upgradeable!!" The defendant also offered his customers a 30-day money back guarantee if the customer was not satisfied with his purchase.

8.      It was part of the scheme and artifice to defraud that the defendant rented Post Office Box number 70690 under the name "Anderson Communications" at a post office located at 4632 S. Maryland Parkway, Las Vegas, Nevada, in order for the purchasers of his software

**INDICTMENT**                          2

from Anderson9000.com to mail their payments.

9.      It was also part of his scheme to defraud that after the sale had concluded, the defendant would and did mail the counterfeit Adobe software to the purchaser, usually by U.S. Mail, after he had received payment for what the purchaser believed to be a new and genuine copy of Adobe software.

COUNT ONE:  (17 U.S.C. §§ 506(a)(1)(A) and (B) and 18 U.S.C. § 2319(b)(1) - Criminal
                        Copyright Infringement)

10.     The factual allegations contained in Paragraph One through Nine above are incorporated herein as if set forth in full.

11.     From on or about July 30, 2008 and continuing to on or about September 25, 2008, in the Northern District of California, and elsewhere, the defendant,

ROOSEVELT ANDERSON, JR.,

did willfully infringe the copyrights of copyrighted works, that is, software, for purposes of commercial advantage and private financial gain, by the reproduction and distribution, during a 180-day period, of at least ten copies of at least one or more copyrighted works, which had a total retail value of more than $2,500, as set forth below:

| SOFTWARE PROGRAM | COPYRIGHT OWNER | COPYRIGHT NUMBER |
|---|---|---|
| Adobe Photoshop CS3 | Adobe Systems Inc. | TX 6-528-611 |

All in violation of Title 17, United States Code, Sections 506(a)(1)(A) and (B), and Title 18, United States Code, Section 2319(b)(1).

COUNT TWO:  (18 U.S.C. § 1341 – Mail Fraud)

12.     The factual allegations contained in Paragraphs One through Nine and Count One above are incorporated herein as if set forth in full.

13.     On or about August 23, 2008, in the Northern District of California and elsewhere, the defendant,

ROOSEVELT ANDERSON, JR.,

having devised and intending to devise a scheme and artifice to defraud and obtain money by means of materially false and fraudulent pretenses, representations, and promises, as described

**INDICTMENT**                                    3

1   above, and for the purpose of executing said scheme and artifice and attempting so to do, did

2   knowingly cause to be delivered by the United States Postal Service, a counterfeit copy of Adobe

3   Photoshop CS3 software, to Lakeport, California, in violation of Title 18, United States Code,

4   Section 1341.

5   <u>FORFEITURE ALLEGATION</u>: (18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

6        14.     The allegations contained in Paragraphs One through Nine and Count Two are

7   realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture

8   pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

9        15.     Upon a conviction for Count Two, alleged above, the defendant,

10                           ROOSEVELT ANDERSON, JR.,

11  shall forfeit to the United States any property, real or personal, which constitutes or is derived

12  from proceeds traceable to said offense, including but not limited to a sum of money equal to the

13  total proceeds from the commission of said offense;

14       16.     If, as a result of any act or omission of the defendants, any of said property

15          a.     cannot be located upon the exercise of due diligence;

16          b.     has been transferred or sold to or deposited with, a third person;

17          c.     has been placed beyond the jurisdiction of the Court;

18          d.     has been substantially diminished in value; or

19          e.     has been commingled with other property which cannot be divided without

20              difficulty;

21  any and all interest defendant has in any other property up to the value of the property described

22  in paragraph 15, shall be forfeited to the United States pursuant to 21 U.S.C. § 853(p), as

23  incorporated by 28 U.S.C. § 2461(c).

24  //

25  //

26  //

27  //

28  //

**INDICTMENT**                      4

1    All in violation of Title 18, United States Code, Sections 981(a)(1)(C), 1341; Title 28,

2 United States Code, Section 2461(c); and Rule 32.2 of the Federal Rules of Criminal

3 Procedure.

4 DATED:         A TRUE BILL.

5   10-21-09

6             _Jim Bonn_

7             FOREPERSON

8 JOSEPH P. RUSSONIELLO
  United States Attorney

9

10

11 MATTHEW A. PARRELLA
  Chief, CHIP Unit

12

13 (Approved as to form:
  AUSA Susan Knight

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**INDICTMENT**        5

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

SEALED BY ORDER OF THE COURT

### OFFENSE CHARGED

Count 1 -17 U.S.C.§§ 506(a)(1)(A) & (B) and 18 U.S.C.§ 2319(b)(1)- Criminal Copyright Infringement; Count 2 - 18 U.S.C. § 1341, Mail Fraud; 18 U.S.C. 981(a)(1)(C) & 28 U.S.C §2461(c)- Criminal Forf of Mail Fraud Proceeds

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

**PENALTY:**
Count 1- Five (5) years imprisonment, $250,000 fine, three (3) years supervised release and $100 special assessment;
Count 2- Twenty (20) years imprisonment, $250,000 fine, three (3) years supervised release and $100 special assessment

─ DEFENDANT - U.S. ─

ROOSEVELT ANDERSON, JR.

CR 09 01015 Filed JW

**DISTRICT COURT NUMBER**

OCT 21 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

PVT

### PROCEEDING

Name of Complainant Agency, or Person (&Title, if any)

U.S. Postal Inspection Service, Chris Morris, PI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:   ☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
Joseph P. Russoniello

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
Susan Knight, AUSA

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges   } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed
Month/Day/Year

**DATE OF ARREST** ▶
Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶
Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: None

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:

Before Judge:

Comments: