1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (DCBN 412811)
   Acting Chief, Criminal Division
4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
       150 Almaden Blvd., Suite 900
6      San Jose, California 95113
       Telephone:  (408) 535-5056
7      FAX: (408) 535-5066
       Susan.Knight@usdoj.gov
8
   Attorneys for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN JOSE DIVISION
12

13 | UNITED STATES OF AMERICA,        )   No. CR 09-01015 JW
                                      )
14 |      Plaintiff,                  )
                                      )   STIPULATION AND [PROPOSED]
15 |      v.                          )   ORDER EXCLUDING TIME UNDER THE
                                      )   SPEEDY TRIAL ACT
16 | ROOSEVELT ANDERSON JR.,          )
                                      )
17 |      Defendant.                  )   SAN JOSE VENUE
                                      )
18 |_____    )

   On October 18, 2011, the undersigned parties in this case appeared before the Court to set a
trial in the above-captioned case.  During the appearance, the parties jointly requested a trial date
commencing on April 19, 2011.  The parties informed the Court that their schedules did not
permit an earlier trial date.  Specifically, defense counsel Bruce Funk explained that he has trials
in January, February, and March of 2011.  AUSA Susan Knight informed the Court that she has a
business-related trip during the week of March 28, 2011.  Based on the aforementioned proffer,
the Court scheduled a trial starting on April 19, 2011 at 8:00 a.m., and pretrial conference on
April 4, 2011 at 1:30 p.m.  The Court also scheduled a status hearing for January 31, 2011 in
order for Mr. Funk to update the Court regarding his trial schedule.  Finally, the parties jointly
requested an exclusion of time under the Speedy Trial Act from October 18, 2010 through

January 31, 2011.  The undersigned parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

SO STIPULATED:            MELINDA HAAG
                          United States Attorney

DATED: 10/19/10           _____/s/_____
                          SUSAN KNIGHT
                          Assistant United States Attorney

DATED: 10/19/10           _____/s/_____
                          BRUCE C. FUNK
                          Counsel for Mr. Anderson

ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from October 18, 2010 until January 31, 2011.  The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.  The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

SO ORDERED.

DATED: October 21, 2010        _____
                               JAMES WARE
                               United States District Judge