MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Criminal Chief

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br>    Plaintiff, </br></br>    v. </br></br> ROOSEVELT ANDERSON JR., </br></br>    Defendant. | No. CR 09-01015 JW </br></br> STIPULATION AND [PROPOSED] ORDER AMENDING FILING DATE FOR PRETRIAL FILINGS </br></br> SAN JOSE VENUE |

The above-captioned matter is scheduled for trial on May 3, 2011. The Court ordered that the parties file a joint pretrial conference statement, proposed jury instructions, and *in limine* motions by March 18, 2011. Undersigned counsel for the Government contacted defense counsel Bruce Funk about the deadline and was informed that he will be in trial until the end of March or the beginning of April. Therefore, the parties jointly request that the deadline for filing the aforementioned documents be extended to April 11, 2011 to accommodate Mr. Funk's trial

//

//

//

//

1  schedule. The pretrial conference is scheduled for April 18, 2011.

2  SO STIPULATED:                          MELINDA HAAG
                                           United States Attorney

3  DATED: 3/10/11                          _____/s/_____
                                           SUSAN KNIGHT
4                                          Assistant United States Attorney

6  DATED: 3/10/11                          _____/s/_____
                                           BRUCE C. FUNK
7                                          Counsel for Mr. Anderson

### ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that the parties shall file joint pretrial conference statement, proposed jury instructions, and *in limine* motions by April 11, 2011.

SO ORDERED.

DATED: __March 11, 2011__                  _____/s/ James Ware_____
                                           JAMES WARE
                                           United States District Chief Judge