1  MELINDA HAAG (CSBN 132612)
   United States Attorney

2

3  MIRANDA KANE (CSBN 150630)
   Chief, Criminal Division

4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney

5

6   150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone:  (408) 535-5056

7  FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

8

   Attorneys for Plaintiff

9

10                    UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                        SAN JOSE DIVISION

13  UNITED STATES OF AMERICA,        )    No. CR 09-01015 JW
                                     )
14        Plaintiff,                 )
                                     )
15        v.                         )    STIPULATION AND [PROPOSED]
                                     )    ORDER VACATING THE PRETRIAL
                                     )    CONFERENCE AND REQUESTING A
16  ROOSEVELT ANDERSON JR.,          )    STATUS HEARING
                                     )
17        Defendant.                 )
                                     )    SAN JOSE VENUE
18                                   )
                                     )
19                                   )

20      The undersigned parties respectfully request that the pretrial conference, scheduled for April

21  25, 2011, be vacated.  The parties have received the Court's order vacating the May 3, 2011 trial

22  date.  As the Court is aware, Mr. Funk has been involved in a trial in the Superior Court, County

23  of Santa Clara, which has lasted two weeks longer than he anticipated.  In addition, the

24  government recently produced the results of a forensic examination of the defendant's

25  computers.  Mr. Funk will need additional time to review the results of the computer examination

26  after he completes his state court trial.  Therefore, the parties request that a status hearing be

27  scheduled for April 25, 2011 in lieu of a pretrial conference.  The parties will be prepared to

28  schedule a new trial date at the April 25th hearing.

STIPULATION AND [PROPOSED] ORDER
NO. CR 09-01015 JW                              1

1

SO STIPULATED:                                   MELINDA HAAG
                                                 United States Attorney
2

3

DATED: 3/31/11                            _____/s/_____
4                                                SUSAN KNIGHT
                                                 Assistant United States Attorney
5

6
DATED: 3/31/11                            _____/s/_____
7                                                BRUCE C. FUNK
                                                 Counsel for Mr. Anderson
8

9
                                    ORDER
10

11        Accordingly, for good cause shown, the Court HEREBY ORDERS that the pretrial

12   conference on April 25, 2011 be vacated.  The parties shall appear for a status hearing on April

13   25, 2011 to reschedule the trial.

     SO ORDERED.
14

15

16   DATED:_____April 1, 2011_____          _____
                                                 JAMES WARE
17                                               United States District Judge

18

19

20

21

22

23

24

25

26

27

28