1    MELINDA HAAG (CSBN 132612)
     United States Attorney
2
     MIRANDA KANE (CSBN 150630)
3    Chief, Criminal Division

4    SUSAN KNIGHT (CSBN 209013)
     Assistant United States Attorney
5
       150 Almaden Blvd., Suite 900
6      San Jose, California 95113
       Telephone:  (408) 535-5056
7      FAX: (408) 535-5066
       Susan.Knight@usdoj.gov
8
     Attorneys for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN JOSE DIVISION
12

13   UNITED STATES OF AMERICA,        )    No. CR 09-01015 EJD
                                       )
14        Plaintiff,                   )
                                       )    STIPULATION AND [PROPOSED]
15        v.                           )    ORDER EXCLUDING TIME UNDER THE
                                       )    SPEEDY TRIAL ACT
16   ROOSEVELT ANDERSON JR.,           )
                                       )
17        Defendant.                   )    SAN JOSE VENUE
     _____)
18

19       On April 25, 2011, the undersigned parties appeared before the Court to reschedule a trial

20   in the above-captioned matter.  The Court scheduled a pretrial conference for August 22, 2011,

21   and a trial starting the week of September 12, 2011.  In addition, the Court granted the parties

22   request to exclude time under the Speedy Trial Act from April 25, 2011 through August 22,

23   2011.  The parties agreed and stipulated that an exclusion of time is appropriate based on the

24   defendant's need for effective preparation of counsel.  Defense counsel Bruce Funk needs

25   time to prepare for trial, including reviewing the results of a forensic examination of the

26   defendant's computers that was recently provided to him.

27   //

28   //


STIPULATION AND [PROPOSED] ORDER
NO. CR 09-01015 EJD                        1

1   SO STIPULATED:                          MELINDA HAAG
                                            United States Attorney
2

3   DATED: 4/27/11                          _____/s/_____
                                            SUSAN KNIGHT
4                                           Assistant United States Attorney

5   DATED: 4/27/11                          _____/s/_____
                                            BRUCE C. FUNK
6                                           Counsel for Mr. Anderson

7

8

9                                  **ORDER**

10      Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded in

11   United States v. Anderson, CR 09-01015 EJD, under the Speedy Trial Act from April 25, 2011

12   through August 22, 2011.  The Court finds, based on the aforementioned reasons, that the ends of

13   justice served by granting the requested continuance outweigh the best interest of the public and

14   the defendant in a speedy trial.  The failure to grant the requested continuance would deny

15   defense counsel reasonable time necessary for effective preparation, taking into account the

16   exercise of due diligence, and would result in a miscarriage of justice.  The Court therefore

17   concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and

18   (B)(iv).

19   SO ORDERED.

20

21   DATED: April 29, 2011   _____   _____
                                            EDWARD J. DAVILA
22                                          United States District Judge

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
NO. CR 09-01015 EJD                          2