MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone:  (408) 535-5056
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-01015 EJD |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER REQUESTING A REFERRAL TO |
| | ) | A SETTLEMENT CONFERENCE |
| ROOSEVELT ANDERSON JR., | ) | |
| | ) | |
| Defendant. | ) | |

   The above-captioned case is currently set for trial on September 12, 2011.  The parties recently met to discuss the trial, and believe that settlement conference maybe beneficial in exploring a resolution to the case.  Therefore, the parties respectfully request that the parties be referred to a settlement conference before the Honorable Ronald M. Whyte.  The parties will continue to prepare for trial on September 12, 2011.

SO STIPULATED:                          MELINDA HAAG
                                        United States Attorney

DATED: 8/8/11                           _____/s/_____
                                        SUSAN KNIGHT
                                        Assistant United States Attorney

DATED: 8/11/11                          _____/s/_____
                                        BRUCE C. FUNK
                                        Counsel for Mr. Anderson

ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that the parties be referred to a settlement conference.  The parties shall contact Judge Whyte's chambers to schedule a conference.

SO ORDERED.

DATED: <u>August 11, 2011</u>



EDWARD J. DAVILA
United States District Judge