1   MELINDA HAAG (CSBN 132612)
    United States Attorney

2

3   MIRANDA KANE (CSBN 150630)
    Chief, Criminal Division

4   SUSAN KNIGHT (CSBN 209013)
    Assistant United States Attorney

5

6     150 Almaden Blvd., Suite 900
    San Jose, California 95113

7     Telephone: (408) 535-5056
    FAX: (408) 535-5066

8     Susan.Knight@usdoj.gov

    Attorneys for Plaintiff

9

10               UNITED STATES DISTRICT COURT

              NORTHERN DISTRICT OF CALIFORNIA

11

                    SAN JOSE DIVISION

12

13   UNITED STATES OF AMERICA,     )     No. CR 09-01015 EJD
                         )

14       Plaintiff,              )
                         )     STIPULATION AND [PROPOSED]

15       v.                   )     ORDER EXCLUDING TIME UNDER THE
                         )     SPEEDY TRIAL ACT

16   ROOSEVELT ANDERSON JR.,       )
                         )

17       Defendant.         )     SAN JOSE VENUE
                         )

18

19     On August 25, 2011, the undersigned parties appeared before the Court to reschedule a trial

20   in the above-captioned matter.  After the Court and the parties reviewed their schedules, the

21   Court set a trial for February 6, 2012.  The Court also scheduled a status hearing on November 7,

22   2011 at 1:30 p.m. in order to determine if the Court would be available to move up the trial date

23   to December 5, 2011.  The parties neglected to request an exclusion of time at the hearing, and

24   now respectfully request an exclusion under the Speedy Trial Act from August 25, 2011 through

25   November 7, 2011.  The parties agree and stipulate that an exclusion of time is appropriate based

26   on the defendant's need for effective preparation and continuity of counsel.

27   //

28   //

STIPULATION AND [PROPOSED] ORDER
No. CR 09-01015 EJD                1

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: 8/25/11

_____/s/_____
SUSAN KNIGHT
Assistant United States Attorney

DATED: 8/25/11

_____/s/_____
BRUCE C. FUNK
Counsel for Mr. Anderson

## ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded in United States v. Anderson, CR 09-01015 EJD, under the Speedy Trial Act from August 25, 2011 through November 7, 2011.  The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.  The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

SO ORDERED.

DATED:_September 2, 2011_____

_____
EDWARD J. DAVILA
United States District Judge

STIPULATION AND [PROPOSED] ORDER
NO. CR 09-01015 EJD                                2