1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  SUSAN KNIGHT (CABN 209013)
   MICHELLE J. KANE (CABN 210579)
5  Assistant United States Attorney

6    150 Almaden Blvd., Suite 900
     San Jose, California 95113
7    Telephone:  (408) 535-5061
     FAX: (408) 535-5066
8    E-Mail: Susan.Knight@usdoj.gov
             Michelle.Kane2@usdoj.gov
9
10 Attorneys for Plaintiff

11                 UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                         SAN JOSE DIVISION

14 UNITED STATES OF AMERICA,            )   No. CR 09-01015 EJD
                                        )
15      Plaintiff,                      )
                                        )   STIPULATION AND [PROPOSED]
16      v.                              )   ORDER CONTINUING PRETRIAL
                                        )   CONFERENCE
17 ROOSEVELT ANDERSON JR.,              )
                                        )
18      Defendant.                      )   SAN JOSE VENUE
                                        )
19 _____

20      The undersigned parties respectfully request that the pretrial conference, scheduled for

21 January 23, 2012 be continued to February 1, 2012 at 10:00 a.m.  The reason for the continuance

22 is that Assistant United States Attorney Susan Knight will be in trial before the Honorable Phyllis

23 J. Hamilton in *United States v. Qin*, CR 10-00083 PJH.  The parties do not anticipate a lengthy

24 pretrial conference, and anticipate filing stipulations on several matters prior to the pretrial

25 conference.

   SO STIPULATED:                       MELINDA HAAG
26                                      United States Attorney

27 DATED: 1/9/12                         _____/s/_____
                                         SUSAN KNIGHT
28                                       MICHELLE J. KANE
                                         Assistant United States Attorneys


STIPULATION AND [PROPOSED] ORDER
NO. CR 09-01015 EJD                     1

DATED: 1/9/12      _____/s/_____
BRUCE C. FUNK
Counsel for Mr. Anderson

## **ORDER**

Accordingly, for good cause shown, the Court HEREBY ORDERS that the pretrial conference in *United States v. Anderson*, CR 09-01015 EJD, scheduled for January 23, 2012, is continued to February 1, 2012 at 10:00 a.m.

SO ORDERED.

DATED: January 10, 2012      _____
EDWARD J. DAVILA
United States District Judge