UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-01015 EJD |
| Plaintiff, | |
| v. | [~~PROPOSED~~] FINAL ORDER OF FORFEITURE |
| ROOSEVELT ANDERSON, JR. | |
| Defendant. | |

On July 19, 2012 the Court entered a Preliminary Order of Forfeiture forfeiting all right, title, and interest in the following property:

1. Dell laptop computer, Service Tag No. 2WFTRC1,

2. Maxtor External Hard Drive, Serial No. 2HAPT8VM; and

3. compact discs with unauthorized reproductions of software.

The United States represents that it has complied with the publication and notice requirements of the Preliminary Order and that no petitions have been filed.

THEREFORE, it is ordered that the above-described property shall be forfeited to the United States, Title 17, United States Code, Section 2319(b)(1).

All right, title, and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

IT IS SO ORDERED this  4th  day of  October  2012.

EDWARD J. DAVILA
United States Magistrate Judge